# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INEREST OF B.W.

NO.  2023 CW 0510

**AUGUST 14, 2023**

---

In Re:   A.W., applying for supervisory writs, 23rd Judicial
         District Court, Parish of Ascension, No. 23261.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED AS MOOT.**  The March 20, 2023 minute entry included in the instant writ application reveals the trial court has vacated the March 14, 2023 judgment granting the ex parte motion filed by Morris and Jennifer Herrin, of which the instant relator, A.W., seeks review.

                         **PMc**
                         **CHH**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.S____

DEPUTY CLERK OF COURT
    FOR THE COURT